IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01229-REB-BNB

FRANK E. THURSTON,

Plaintiff,

v.

BURLINGTON NORTHERN SANTE FE CORPORATION,
UNITED TRANSPORTATION UNION, and
UNITED TRANSPORTATION UNION GENERAL COMMITTEE OF ADJUSTMENT GO-386,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on **Plaintiff's Motion for Revised Minute Order Filing Date for Plainntiff's** [sic] **Responds** [sic] **to Motion on or Before September 17, 2007** [Doc. #9, filed 9/27/07] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.  The plaintiff shall respond to the defendants' Motion to Dismiss on or before **October 8, 2007**.  Defendants have fifteen (15) days after the filing of the response to file a reply.


DATED:  September 28, 2007