**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-01229-REB-KMT

FRANK E. THURSTON,

      Plaintiff,

v.

BURLINGTON NORTHERN SANTE FE CORPORATION,

      Defendant.

---

**ORDER GRANTING DEFENDANT BNSF RAILWAY COMPANY'S
MOTION TO DISMISS UNDER F.R.C.P. 12(b)(1) AND 12(c)**

---

**Blackburn, J.**

The matter before me is **Defendant BNSF Railway Company's Motion To Dismiss Under F.R.C.P. 12(b)(1) and 12(c) and Brief in Support** [#30], filed April 3, 2008. I grant the motion.

Defendant moves to dismiss plaintiff's claims for failure to exhaust administrative remedies. I previously granted relief under Fed.R.Civ.P. 12(b)(1) to defendants United Transportation Union and United Transportation Union General Committee of Adjustment GO-386 on this very basis. (**See Order Granting Motion To Dismiss** [#29], entered February 22, 2008.) Plaintiff has presented no new evidence or argument to suggest that my previous determination as to these matters was in error.[1] I find the same legal principles, authorities, and arguments to be equally persuasive here.

---

[1] In response to defendant's motion, plaintiff asserts that he "has stated [his] position in previous Responses concerning this action and Plaintiff wishes [the] court to consider them also in this Motion." (**Response to Defendant's Motion To Dismiss Under FRCP 12B1 and 12C and Brief in Support** [#33], filed May 21, 2008.)

**THEREFORE, IT IS ORDERED** as follows:

1.  That  **Defendant BNSF Railway Company's Motion To Dismiss Under F.R.C.P. 12(b)(1) and 12(c) and Brief in Support** [#30], filed April 3, 2008, is **GRANTED**; and

2.  That plaintiff's claims against defendant Burlington Northern Santa Fe Corporation are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies.

Dated June 18, 2008, at Denver, Colorado.

                                        **BY THE COURT:**

                                        **s/ Robert E. Blackburn**
                                        **Robert E. Blackburn**
                                        **United States District Judge**